[No. 20771-1-II.    Division Two.    January 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW
L. NEUNEKER, *Appellant*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 95-1-00740-3, Don L. McCulloch, J.,
entered May 21, 1996. *Affirmed* by unpublished opinion
per Seinfeld, J., concurred in by Morgan and Armstrong,
JJ.

[No. 20846-6-II.    Division Two.    January 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTOR
GALVAN ROJAS, *Appellant*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 96-1-00100-4, Don L. McCulloch, J.,
entered June 20, 1996. *Affirmed* by unpublished opinion
per Hunt, J., concurred in by Morgan and Armstrong, JJ.

[No. 20898-9-II.    Division Two.    January 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. TYLAN G.
MATTHEWS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 95-1-00541-4, David E. Foscue, J.,
entered June 10, 1996. *Affirmed* by unpublished opinion
per Houghton, C.J., concurred in by Bridgewater and
Hunt, JJ.

[No. 20900-4-II.    Division Two.    January 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE C.
ACOSTA-PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 96-1-00072-1, David E. Foscue, J.,
entered July 8, 1996. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Houghton, C.J., and Bridge-
water, J.